McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
Fax: (916) 554-2900
SHARON SANDS
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone: (916) 977-8943
Fax: (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD AKHTAR KHAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>　　　　Defendant. | CASE NO. **2:05-CV-00992-KJM**<br><br>STIPULATION AND ORDER REMANDING THE CASE TO THE COMMISSIONER OF SOCIAL SECURITY AND DIRECTING THE CLERK TO ENTER JUDGMENT |

　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings, including a supplemental hearing and a new decision.

Khan v. Barnhart
Stip & Order of Remand (Sentence 4)
2:05-cv-00992-KJM                    1

On remand, the Appeals Council will direct an Administrative Law Judge to do the following:

1. obtain additional evidence regarding Claimant's mental impairment, including, if available, a consultative examination with psychological testing;
2. re-evaluate Claimant's mental impairment in accordance with 20 C.F.R. section 416.920a;
3. give further consideration to the treating and examining source opinions;
4. re-assess Claimant's residual functional capacity in light of the new evidence;
5. obtain supplemental evidence from a vocational expert in accordance with SSR 83-12 and 00-4p;
6. offer the claimant an opportunity for a hearing; and
7. issue a new decision.

It is further stipulated that the decision below is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

The parties further stipulate that Plaintiff's counsel shall return a facsimile of this stipulation bearing her signature for retention by Defendant's counsel, and that

/ / /

/ / /

/ / /

Khan v. Barnhart
Stip & Order of Remand (Sentence 4)
2:05-cv-00992-KJM                    2

Defendant shall e-file this stipulation pursuant to applicable local rules.

DATED: May 31, 2006              /s/ Ann M. Cerney
                                 ANN M. CERNEY
                                 Attorney at Law

                                 Attorney for Plaintiff

DATED: May 31, 2006              McGREGOR W. SCOTT
                                 United States Attorney
                                 BOBBIE J. MONTOYA
                                 Assistant U. S. Attorney


                              By: /s/ Bobbie J. Montoya for
                                 SHARON SANDS
                                 Special Assistant U. S. Attorney

                                 Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
U.S. Social Security Administration

Khan v. Barnhart
Stip & Order of Remand (Sentence 4)
2:05-cv-00992-KJM                3

ORDER

This matter is remanded based on the stipulation of the parties.  The case is dismissed and the Clerk is directed to enter Judgment.

SO ORDERED.

DATED:  June 1, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Khan v. Barnhart
Stip & Order of Remand (Sentence 4)
2:05-cv-00992-KJM                    4