1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814-2322
4  Telephone:  (916) 554-2700
   Fax:  (916) 554-2900
5  SHARON SANDS
   Special Assistant U.S. Attorney
6  333 Market Street, Suite 1500
   San Francisco, CA 94105
7  Telephone:  (916) 977-8943
   Fax:  (415) 744-0134
8  Attorneys for Defendant

9

10                 IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12  MOHAMMAD AKHTAR KHAN,

13        Plaintiff,                CASE NO. **2:05-CV-00992-KJM**

14     v.                          STIPULATION AND ORDER
                                   SETTLING ATTORNEY'S FEES
15  JO ANNE B. BARNHART,           PURSUANT TO THE EQUAL
     Commissioner of              ACCESS TO JUSTICE ACT
16    Social Security,            (EAJA)

17        Defendant.

18

19      It is stipulated by the parties through their undersigned

20  counsel, with the Court's approval, that counsel for Plaintiff be

21  awarded attorney's fees under the Equal Access to Justice Act (EAJA)

22  in the amount of FOUR THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

23  ($4,500.00), for compensation for legal services rendered on

24  Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby

25  constituting a compromise settlement for all fees under the EAJA in

26  this action, but not constituting any admission of Defendant's

27

28
   KHAN v. Barnhart
   EAJA Stip & Order
   2:05-cv-00992-KJM          **1**

liability under the EAJA in this action.

     Payment of the amount specified above shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

/ / /

/ / /

/ / /

/ / /

KHAN v. Barnhart
EAJA Stip & Order
2:05-cv-00992-KJM                                      **2**

1

2          /s/ Ann M. Cerney

3              (*As authorized on* September 27, 2006)
           ANN M. CERNEY
4          Attorney at Law

5          Attorney for Plaintiff

6

7          McGREGOR W. SCOTT
           United States Attorney
8          BOBBIE J. MONTOYA
           Assistant U.S. Attorney
9

10    By:  /s/ Bobbie J. Montoya for

11             (*As signed on* September 27, 2006)
           SHARON SANDS
12         Special Assistant U.S. Attorney

13         Attorneys for Defendant

14
      OF COUNSEL:
15    LUCILLE GONZALES MEIS
      CHIEF COUNSEL, REGION IX
16    UNITED STATES SOCIAL SECURITY ADMINISTRATION

17

18

19

20

21

22

23

24

25

26

27

28
      KHAN v. Barnhart
      EAJA Stip & Order            **3**
      2:05-cv-00992-KJM

1

2

3                                    ORDER

4        Counsel for Plaintiff is hereby awarded attorney's fees

5  pursuant to the Equal Access to Justice Act in the amount of

6  $4,500.00, pursuant to the stipulation of the parties.

7        APPROVED AND SO ORDERED.

8  DATED:   September 29, 2006.

9

10

11                    _____
                      UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
   KHAN v. Barnhart
   EAJA Stip & Order
   2:05-cv-00992-KJM            **4**